NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1145

PEGGY B. KUEHN
VERSUS
F.D.H DEVELOPMENT, INC.

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU  NO. 05-2374
HONORABLE MICHAEL CANADAY, DISTRICT JUDGE

**********
SYLVIA R. COOKS
JUDGE
**********

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and James T. Genovese, Judges.

APPEAL DISMISSED.  CASE REMANDED WITH INSTRUCTIONS.

Henry R. Liles
940 Ryan Street
Lake Charles, LA 70601
(337) 433-8529
COUNSEL FOR DEFENDANT/APPELLEE:
    F.D.H. Development, Inc.

David F. Dwight
1400 Ryan Street
Lake Charles, LA 70601
(337) 439-3138
COUNSEL FOR PLAINTIFF/APPELLANT:
    Peggy B. Kuehn

**Richard D. Moreno**
**E.R. Robinson, III**
**1 Lakeshore Drive Suite 1695**
**Lake Charles, LA 70629**
**(337) 433-0100**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Peggy B. Kuehn**